Arthur F. Gerth #T363463
Name and Prisoner/Booking Number

Maricopa County Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arthur F. Gerth,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Unknown Detention Officer,
(Full Name of Defendant)
(2) Unknown Detention Officer,
(3) Unknown Detention Officer,
(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-17-01945-PHX-DJH(ESW)
CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: 4th Avenue Intake, Phoenix

Revised 6/05/17

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Unknown__. The first Defendant is employed as: __Detention officer__ at __Maricopa County Jail__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __Unknown__. The second Defendant is employed as: __Detention officer__ at __Maricopa County Jail__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __Unknown__. The third Defendant is employed as: __Detention officer__ at __Maricopa County Jail__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Arthur F. Gerth__ v. __Arizona Department of Corrections et al.__
      2. Court and case number: __I don't remember__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Monetary Settlement__.

   b. Second prior lawsuit:
      1. Parties: __Arthur F. Gerth__ v. __C. Foster et al.__
      2. Court and case number: __? CV-2016-02786? Number may be incorrect__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Uncertain. Was assigned to a Judge and I've heard nothing since. I think still pending__.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Right to be free of Cruel and unusual punishment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm uncertain if it was November or December 2016 I was processed through 4th Ave intake and was at the point where personal clothing is changed out for stripes. The female officer directed me to place my hands on the wall above my head to be pat searched. I told her that due to an injury of my shoulder I cannot place my left hand above my head. She got an attitude and told me to wait at the side. After a few minutes passed two (2) large male officers showed up and I was then directed to put my hands on the wall above my head. Again I explained that my left shoulder doesn't allow my arm to move like that. They then ran a search wand over me then abruptly grabbed my wrists twisted my arms behind my back, slammed me into the wall. The DO with my left wrist twisted my arm all the way (straight at the elbow) above my head while they pulled and pushed at me down a hall yelling for my to "stop resisting" when I was doing nothing. My shoulder was torn out of place and we all fell to the ground. All landing on me. They put me in a room slammed my face on the wall and threatened to taze me. I grieved it. They were punished to what extent I don't know. The entire incident is on video. I exhausted the grievance process. My shoulder healed out of place and needs reconstructive surgery.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). My left rotator cuff was torn and has since healed improperly leaving me with limited range of motion.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

### E. REQUEST FOR RELIEF

State the relief you are seeking:
I'm requesting complete cost coverage of corrective surgery to reconstruct my left rotator cuff and $2,000,000 (two million dollars)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2017
    DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

4

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date **June 16, 2017**

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other

_____

_____

_____ **A7879**
Legal Support Specialist Signature S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009